UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

KENNETH ARTHUR KELLEY,             Case No.: 8:19-bk-10990-MGW
*AKA KENNETH A. KELLEY*,            Chapter: 7

    Debtor.                        /

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S VERIFIED
MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Kenneth Arthur Kelley (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1.     <u>Debtor's Bankruptcy Case</u>. On November 19, 2019, the Debtor filed the above-

captioned Chapter 7 bankruptcy case.

2. <u>Jurisdiction</u>. Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3. <u>Right to Foreclose</u>. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

4. <u>The Note and Mortgage</u>. On June 30, 2004, Kenneth A. Kelley executed and delivered a note (the "Note") in the principal amount of $60,000.00, which is secured by a mortgage (the "Mortgage"). The Mortgage was executed by Kenneth A. Kelly. The Mortgage is recorded in Official Records Book 13996 at Page 0080 with an Instrument Number 2004255866, of the Public Records of Hillsborough County, Florida. A copy of the Mortgage, together with the Note, and any applicable Assignments, are attached hereto as **<u>Composite Exhibit A.</u>**

5. <u>Collateral</u>. Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 6901 Michigan Avenue, Gibsonton, Florida 33534 and further described as follows:

> Lot 58, GIBSONTON ON THE BAY THIRD ADDITION, according to the plat thereof as recorded in Plat Book 10, Page 61, of the Public Records of Hillsborough County, Florida.

6. <u>Secured Creditor's Claim</u>. As of December 3, 2019, the Debtor owes Secured Creditor an outstanding principal balance of $43,753.51, plus applicable interest, penalties, fees and costs with a total estimated payoff of $54,772.72. Debtor has defaulted by failing to make the payment due on March 1, 2019, and all subsequent payments due thereafter.

7. <u>Relief Requested</u>. Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its <u>in</u>

rem remedies against the Property pursuant to the Note and Mortgage. The requested relief should be granted for the following reasons:

- The Debtor has no equity in the Property, as evidenced by the Debtor's Schedule A/B, which lists the value of the Property at $46,767.00. This amount is less than the outstanding amount due to Secured Creditor pursuant to the Note and Mortgage.

- The Debtor's Statement of Intention indicates the Property is being surrendered;

- Since the instant case is a Chapter 7 bankruptcy, the Property is not necessary to an effective reorganization;

- Interest continues to accrue; and

- Property taxes continue to accrue.

8. <u>Loss Mitigation</u>. Secured Creditor requests it be permitted to contact the Debtor regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

9. <u>Request for Attorney's Fees and Costs</u>. Secured Creditor requests attorney's fees in the amount of $450.00 and costs of $181.00, as a result of filing the instant motion.

10. <u>Request for Waiver of 14-Day Stay of Relief</u>. Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(3), be waived.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay and for such other and further relief as the Court deems just and proper.

          McCalla Raymer Leibert Pierce, LLC

By:    */s/Kenia Molina*
       Kenia Molina
       Florida Bar No. 0085156
       Attorney for Creditor
       110 S.E. 6th Street, Suite 2400
       Ft. Lauderdale, Florida 33301
       Phone: 954-332-9426
       Fax: 954-332-9426
       Email: kenia.molina@mccalla.com

## **VERIFICATION**

The undersigned ___Mary Gracia___ (name), as the ___Assistant Secretary___ (title/position) of Nationstar Mortgage LLC d/b/a Mr. Cooper; hereby declares under penalty of perjury that:

(i) I have personal knowledge of the business books and records of Nationstar Mortgage LLC d/b/a Mr. Cooper;

(ii) Based on my review of the business books and records of Nationstar Mortgage LLC d/b/a Mr. Cooper, the information and allegations set forth in paragraphs 3 through 5 above, are true and correct to the best of my knowledge; and

(iii) The documents attached hereto as **Composite Exhibit A** are true and correct copies of the originals.

_____
Name and Title

Mary Gracia
Assistant Secretary of Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>December 23rd, 2019</u>, a true and correct copy of the foregoing was served by U.S. Mail, First Class to Kenneth Arthur Kelley, 6526 Solitaire Palm Way, Apollo Beach, FL 33572; and those parties receiving CM/ECF service

- Maria D Boudreaux    mboudreaux@leavenlaw.com, boudreauxmr81430@notify.bestcase.com;boudreauxmr91850@notify.bestcase.com
- Carolyn R. Chaney    carolyn.chaney@earthlink.net, FL46@ecfcbis.com
- United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV

By:    /s/Kenia Molina
       Kenia Molina